# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

TORRES-Juarez, Miguel Angel
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 70248 HRL

*Filed APR 25 2007 RICHARD W. WIEKING, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __February 28, 2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
              Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____ 4/24/07
                    ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

4/25/07                                   at    San Jose, California
Date                                                City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

RE: TORRES-Juarez, Miguel Angel A77 131 027

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)  Mr. TORRES-Juarez is a 44-year-old male who has used seven (7) aliases and three (3) dates of birth in the past.

(2)  Mr. TORRES-Juarez has been assigned two (2) Alien Registration numbers of A77 131 027 and A70 146 592, FBI number of 498686HA5, California Criminal Information Index number of A09324714, and a California Department of Corrections number F03181.

(3)  Mr. TORRES-Juarez is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on four (4) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| February 10, 1999 | San Ysidro, CA |
| May 5, 1999 | Nogales, AZ |
| December 27, 2002 | San Ysidro, CA |
| October 31, 2005 | San Ysidro, CA |

(4)  Mr. TORRES-Juarez last entered the United States at or near unknown location on or after October 31, 2005, by crossing the international border without inspection subsequent to deportation.

(5)  Mr. TORRES-Juarez on a date unknown, but no later than February 28, 2007, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 28, 2007, Mr. TORRES-Juarez was interviewed by Immigration Enforcement Agent (IEA) Alejandro Sierra at the CTF-Soledad State Prison, Soledad, CA, and during that interview, Mr. TORRES-Juarez was advised of his **Miranda** rights in Spanish. Mr. TORRES-Juarez invoked his rights and declined to provide a sworn statement. From the official file, Mr. TORRES-Juarez on June 26, 2002, provided a sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: TORRES-Juarez, Miguel Angel A77 131 027

(6) Mr. TORRES-Juarez was, on March 17, 1998, convicted in the Third Judicial District Court of Nevada, in and for the County of Churchill, for the offense of DRIVING UNDER THE INFLUENCE OF ALCOHOL, THIRD OFFENSE, a Class B Felony, in violation of N.R.S. 484.379 and N.R.S. 484.3792, and was sentenced to 36 months in prison.

(7) Mr. TORRES-Juarez was, on March 8, 1999, convicted in the United States District Court, District of Arizona, for the offense of ILLEGAL ENTRY, a misdemeanor, in violation of Tile 8, USC Section 1325, and was sentenced to sixty (60) days.

(8) Mr. TORRES-Juarez was, on May 13, 2002, convicted in the Superior Court of California, in and for the County of Los Angeles (Central), for the offense of DUI ALCOHOL/DRUGS, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(9) Mr. TORRES-Juarez was, on September 6, 2002, convicted in the United States District Court, Eastern District of California, for the offense of ILLEGAL ENTRY, a misdemeanor, in violation of Tile 8, USC Section 1325(a)(1), and was sentenced to six (6) months.

(10) Mr. TORRES-Juarez was, on October 31, 2005, convicted in the Superior Court of California, in and for the County of Placer, for the offense of DRIVING UNDER THE INFLUENCE ALCOHOL/DRUGS, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to sixteen (16) months in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. TORRES-Juarez illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 25th day of April, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE