SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 MAY 17  A 9: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR  07  00306  JF

UNITED STATES OF AMERICA,          )    No.
                                   )
        Plaintiff,                 )
                                   )    VIOLATION: 8 U.S.C. § 1326 –
    v.                             )    Illegal Re-Entry Following Deportation
                                   )
MIGUEL TORRES-JUAREZ,              )
                                   )    SAN JOSE VENUE
        Defendant.                 )
_____)

I N F O R M A T I O N

The United States charges:

    On or about February 28, 2007 the defendant

MIGUEL TORRES-JUAREZ,

an alien, previously having been arrested and deported from the United States on or about

February 10, 1999, May 5, 1999, December 27, 2002, and October 31, 2005, was found in the

Northern District of California, the Attorney General of the United States and the Secretary for

Homeland Security not having expressly consented to a re-application by the defendant for

//

//

//

INFORMATION



1   admission into the United States, in violation of Title 8, United States Code, Section 1326.

2

3   DATED: _May 15, 2007_                SCOTT N. SCHOOLS
                                        United States Attorney
4

5

6                                       DAVID R. CALLAWAY
                                        Deputy Chief, San Jose Office
7

8   (Approved as to form: _Joseph Fazioli_ )
                        AUSA FAZIOLI
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

8 U.S.C. 1326 - Illegal Re-entry

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

E-FILING

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

CR 07

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70248 HRL

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
~~KEVIN V. RYAN~~

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Joseph Fazioli

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

FILED

MIGUEL TORRES-JUAREZ

2007 MAY 17  A 9: 28

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

00306  JFVT

### DEFENDANT

#### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: