AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

Miguel Angel Torres-Junnez

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 70248 HRL

I, __Miguel Angel Torres-Junnez__, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 17, 2007__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

**FILED**

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Defendant_

_Counsel for Defendant_

Before _____
       _Judicial Officer_