**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, May 30, 2007
**Case Number:** CR-07-00306-JF/PVT
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Peter Torreano

TITLE:     UNITED STATES OF AMERICA V. MIGUEL TORRES-JUAREZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Miguel Torres-Juarez |
| **Attorneys Present:** Matthew Lamberti | **Attorneys Present:** Jay Rorty |

PROCEEDINGS:

Disposition and Sentencing hearing held. Counsel and defendant are present.
Defendant pleads guilty to Count 1 of the Information.
Defendant is sentenced to 12 months prison; 3 years supervised release;
and $100.00 special assessment.