

FILED

JUN – 7 2007

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

V.

MIGUEL TORRES-JUAREZ,
Defendant.

_____/

Case No. CR-07-00306-JF

SEALING ORDER PURSUANT
TO GENERAL ORDER 54

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   __    Presentence Report

   __    Plea Agreement

   x    Statement of Reasons

IT IS SO ORDERED.

DATED:  June 7, 2007

JEREMY FOGEL
United States District Judge